UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MICHAEL MORGAN,

Plaintiff,

-against-

WASHINGTON DC; JAMES KENNEDY; JOHN FREDERIC KENNEDY; JIMMY KENNEDY; JOHN DOE, JANE DOE, JIMMY KENNEDY'S WIFE,

Defendants.

26cv9002 (KMW)

CIVIL JUDGMENT

For the reasons stated in the October 22, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 28, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge